**IT IS SO ORDERED.**

**Dated: 11:08 AM December 17 2012**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

12-20241

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | Case No. 12-53243 |
| Scott Gabric aka Scott Paul Gabric, | Chapter 13 |
| Debtor | Judge Marilyn Shea-Stonum |
| | **ORDER GRANTING MOTION OF GREEN TREE SERVICING LLC FOR RELIEF FROM STAY DOCKET #** |
| | (730 Hazel Street, Akron, OH 44302) |

    This matter came before the Court on the Motion for Relief from Stay Docket #14 (the "Motion") filed by Green Tree Servicing LLC (the "Movant"). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the

relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s). Movant is directed to file a report of sale promptly following liquidation of the property located at 730 Hazel Street, Akron OH 44302 (the "Collateral") if any excess proceeds are received. Should Movant seek to file any unsecured deficiency claim, Movant shall do so no later than 90 days after this Order is entered. If the Collateral has not been liquidated, the deficiency claim is to be estimated.

# # #

SUBMITTED BY:

_/S/ LeAnn E Covey_____
LeAnn E. Covey (#0083289) - Ext. 2263
4500 Courthouse Blvd. Suite 400
Stow, OH  44224
(330) 436-0300 - telephone
(330) 436-0301 - facsimile
bknotice@johndclunk.com

# SERVICE LIST

LeAnn E. Covey, Esq.
4500 Courthouse Blvd., Suite 400
Stow, OH 44224
*Attorney for Creditor-served electronically*

Scott Gabric
633 Valmont Dr.
Deerfield, OH 44411
*Debtor-served US Mail*

Summit County Treasurer
175 South Main Street
Akron, OH 44308
*Interested Party-served US Mail*

William M. Sremack
2745 S. Arlington Road
Akron, OH 44312
*Attorney for Debtor-served electronically*

Keith Rucinski
One Cascade Plaza, Ste 2020
Akron, OH 44308
*Trustee-served electronically*

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
*US Trustee-served electronically*