# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

IN RE:

SCOTT GABRIC

           Debtor(s)

)
)
)
)
)
)
)
)

CHAPTER 13
CASE NO: 12-53243

MARILYN SHEA-STONUM
BANKRUPTCY JUDGE

TRUSTEE'S MOTION TO DISMISS
AS 341 FIRST MEETING OF
CREDITORS CANNOT BE
CONCLUDED

---

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and moves this Court for an order dismissing the above mentioned Chapter 13 plan for the reasons stated herein.

On **10/08/2012**, the above named Debtor(s) filed a petition for relief under Chapter 13 of the bankruptcy code.

The original date for the First Meeting of Creditors was **11/29/12**, and has been adjourned several times because the Debtor(s) and attorney for the Debtor(s) have failed to supply the Trustee with certain required information. The Debtor(s) and attorney for the Debtor(s) were instructed to provide the following information to the Trustee.

_____Tax Returns                 _____Proof of auto insurance

_____Financial Statements       _____Proof of homeowners insurance

_____Chapter 13 Payment         _____See Below for issues regarding
                                          Chapter 13 Plan

_____Pay stubs

> - **NEED STEP UP PAYMENTS WHEN AUTO IS PAID OFF IN 34 MONTHS**
> - **NEED DOCUMENTATION SHOWING WHEN 401(K) LOAN IS PAID OFF.**

WHEREFORE, the Chapter 13 Trustee hereby moves this Court for an order of dismissal of the above Chapter 13 case for all the reasons stated herein.


Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
Email: krucinski@ch13akron.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to:

**SCOTT GABRIC**
**633 VALMONT DR.**
**DEERFIELD, OH 44411**
**(Via Regular Mail)**


**WILLIAM SREMACK**(via ECF)

Keith L. Rucinski, Chapter 13 Trustee(via ECF)

Office of the US Trustee(via ECF)

Date of Service: **1/28/2013**By: **Tammy Rowe**
                                    Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com