**IT IS SO ORDERED.**

**Dated:  10:04 AM April 30 2013**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No.: 12-53243 |
| **Scott Gabric aka Scott P. Gabric aka Scott Paul Gabric** | Chapter 13 |
| | **Judge Marilyn Shea-Stonum** |
| Debtor(s). | * * * * * * * * * * * * * * * * |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (FIRST MORTGAGE) (DOCKET NO. 49)** |
| | **44 Uhler Ave, Akron, OH 44310** |

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-4 ("Creditor") (Docket 49).  Creditor has alleged that good cause for granting the Motion exists, and that Scott Gabric aka Scott P. Gabric aka Scott Paul Gabric ("Debtor"), counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion.

12-024829_DLH1

No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors and assigns.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Creditor on its claim under the Chapter 13 Plan filed by the Debtor. Creditor is directed to file a report of sale promptly following liquidation of the property located at 44 Uhler Ave, Akron, OH 44310 (the "Collateral") if any excess proceeds are received. Should Creditor seek to file any unsecured deficiency claim, Creditor shall do so no later than 90 days after this Order is entered. If the Collateral has not been liquidated, the deficiency claim is to be estimated.

###

**SUBMITTED BY**:

 /s/ David B. Bokor
David B. Bokor (0061515)
Stacey A. O'Stafy (0070386)
Mary E. Krasovic (0085380)
James E. Tebbutt (0084830)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Email: dbb@manleydeas.com
Attorneys for Creditor

Copies to:

David B. Bokor
Attorney for Creditor
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
bankruptcy@mdk-llc.com
(notified by ecf)

Scott Gabric
Debtor
44 Uhler Ave
Akron, OH 44310
(notified by regular US Mail)

William M. Sremack
Attorney for Debtor
2745 S Arlington Road
Akron, OH 44312
wmsremackcolpa@sbcglobal.net
(notified by ecf)

Scott Gabric
Debtor
633 Valmont Dr.
Deerfield, OH 44411
(notified by regular US Mail)

Keith Rucinski
Chapter 13 Trustee
One Cascade Plaza
Suite 2020
Akron, OH 44308
efilings@ch13akron.com
(notified by ecf)

Summit County Fiscal Officer
Party of Interest
175 South Main Street
Akron, OH 44308
(notified by regular US Mail)

Office of U.S. Trustee
Northern District of Ohio
Howard Metzenbaum U.S. Courthouse
Party of Interest
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
(notified by ecf)