# United States Bankruptcy Court
For The

Northern District of Ohio-Eastern Division (Akron)

**IN RE:** SCOTT GABRIC  
633 VALMONT DR.  
DEERFIELD, OH 44411

Case No: 12-53243

### TRUSTEE'S INTENT TO PAY CLAIMS AS OF 07/12/2013

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | SCHEDULED | FILED | TO BE PAID | PAY% |
|---|---|---|---|---|---|---|
| 04-1 | Secured | GREEN TREE SERVICING LLC<br>RL GR 12/17/12 90DYS TO FILE DEF CL | None | None | None | 100.0000% |
| 05-1 | Secured | TOYOTA MOTOR CREDIT | 15,700.00 | 13,873.20 | 13,873.20<br>Interest at 6.2500% | 100.0000% |
| 08-1 | Secured | ONEWEST BANK FSB<br>RL GR 3/22/13 90DYS TO FILE DEF CL | None | None | None | 100.0000% |
| 09-1 | Secured | HUNTINGTON NATIONAL BANK<br>NO ARRS FILED | PD DIRECT | | | 100.0000% |
| | Secured | GMAC MORTGAGE<br>TO SURRENDER | None | None | None | 100.0000% |
| | Secured | GMAC MORTGAGE<br>TO SURRENDER | None | None | None | 100.0000% |
| | Secured | CITIMORTGAGE<br>TO SURRENDER | None | None | None | 100.0000% |
| | Secured | CHASE HOME FINANCE<br>RL GR 4/30/13 90DYS TO FILE DEF CL | None | None | None | 100.0000% |
| | Priority | PORTAGE COUNTY CSEA | None | None | None | 100.0000% |
| 01-1 | Unsecured | RBS CITIZENS | 8,800.00 | 9,326.10 | 932.61 | 10.0000% |
| 02-1 | Unsecured | DISCOVER FINANCIAL SERVICES | 3,900.00 | 4,054.16 | 405.42 | 10.0000% |
| 03-2 | Unsecured | BMW BANK OF NORTH AMERICA INC<br>RL GR 2/4/13 DEF CLAIM | None | 8,107.48 | 810.75 | 10.0000% |
| 06-1 | Unsecured | CHESWOLD (OPHRYS) LLC<br>BANK OF AMERICA | 5,628.00 | 6,050.18 | 605.02 | 10.0000% |
| 07-2 | Unsecured | FIRST MERIT BANK<br>RL GR 2/4/13 DEF CLAIM | None | 10,864.14 | 1,086.41 | 10.0000% |
| 10-1 | Unsecured | AZUREA I LLC<br>CITIBANK | 1,847.00 | 1,950.13 | 195.01 | 10.0000% |
| 11-1 | Unsecured | AZUREA I LLC<br>CITIBANK | 5,110.00 | 5,518.05 | 551.81 | 10.0000% |
| 12-1 | Unsecured | COMENITY BANK<br>JUSTICE | 600.00 | 913.44 | 91.34 | 10.0000% |

# United States Bankruptcy Court

For The

Northern District of Ohio-Eastern Division (Akron)

**IN RE:** SCOTT GABRIC  
633 VALMONT DR.  
DEERFIELD, OH 44411

Case No: 12-53243

## TRUSTEE'S INTENT TO PAY CLAIMS AS OF 07/12/2013

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | SCHEDULED | FILED | TO BE PAID | PAY% |
|---|---|---|---|---|---|---|
| 13-1 | Unsecured | PRA RECEIVABLES MANAGEMENT LLC HSBC | 882.00 | 1,035.92 | 103.59 | 10.0000% |
|  | Unsecured | KOHLS DEPARTMENT STORE | 800.00 | None | None | 10.0000% |
| 798 | Attorney | WILLIAM SREMACK | None | 1,600.00 | 1,600.00 | 100.0000% |
| 799 | Attorney | WILLIAM SREMACK | 4,000.00 | 1,400.00 | 1,400.00 | 100.0000% |
|  |  | Dated: 7/12/2013    Case Totals | 47,267.00 | 64,692.80 | 21,655.16 |  |

## NOTICE

Absent an objection or court order, the Trustee shall pay proofs of claims as filed pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3001(F). If the Debtor(s) have an objection to paying a claim as filed they should immediately contact their attorney to discuss if an objection can be filed to the claim.

Keith L. Rucinski  
Chapter 13 Trustee  
One Cascade Plaza, Suite 2020  
Akron, OH 44308

A copy of the foregoing Trustee's Intent to Pay Claims was served electronically thru ECF on the debtor's attorney and by regular U.S. mail upon the debtor(s).

WILLIAM SREMACK  
2745 S ARLINGTON RD  
AKRON, OH 44312

SCOTT GABRIC  
633 VALMONT DR.  
DEERFIELD, OH 44411