**This document was signed electronically on October 25, 2016, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: October 25, 2016**



_____
**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 12-53243-amk |
| | ) | |
| Scott Gabric, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Alan M. Koschik |
| | ) | |
| | ) | <u>ORDER GRANTING MOTION OF</u> |
| | ) | <u>BAWLD GUY NOTE FUND, LLC</u> |
| | ) | <u>FOR RELIEF FROM STAY (DOC. NO.</u> |
| | ) | <u>80)</u> |
| | ) | |
| | ) | |
| | ) | 221 E. LODS ROAD, |
| | ) | AKRON, OH 44304 |

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by Bawld Guy Note Fund, LLC (the "Movant"). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 13 Trustee,

and all other necessary parties were served with the Motion and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

**IT IS, THEREFORE, ORDERED** that the Motion is granted. The automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s). Movant is directed to file a report of sale promptly following liquidation of the property located at 221 E. Lods Road, Akron, Ohio 44304 (the "Collateral") if any excess proceeds are received. Should Movant seek to file any unsecured deficiency claim, Movant shall do so no later than 90 days after this Order is entered. If the Collateral has not been liquidated, the deficiency claim is to be estimated.

# # #

SUBMITTED BY:

/s/Sondra O. Bryson
Sondra O. Bryson (0083871)
Bryson Legal, LLC
Attorney for Bawld Guy Note Fund LLC
844 S. Front St.
Columbus, OH 43206
Phone: 614-221-5379
Fax: 614-443-7463
Email: sbryson@brysonlegalohio.com

SERVICE LIST

*Via ECF Electronic Notification:*

- Edward A Bailey     bknotice@reimerlaw.com
- David B Bokor     amps@manleydeas.com
- Sondra O. Bryson     sbryson@brysonlegalohio.com, sobecf@gmail.com
- LeAnn E. Covey     bknotice@johndclunk.com
- Adam Bradley Hall     amps@manleydeas.com
- Keith Rucinski     efilings@ch13akron.com, krucinski@ecf.epiqsystems.com
- Phillip D Schandel     pds@schandel-bergertlaw.com, p_schandel@yahoo.com
- William M Sremack     bill@sremacklaw.com
- United States Trustee     (Registered address)@usdoj.gov
- Keith Rucinski trowe     efiings@ch13akron.com

*Via Regular U.S. Mail:*

BMW Bank of North America, Inc
P.O. Box 201347
Arlington, TX 76006

BMW Financial Services NA, LLC
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006

Cheswold (Ophrys), LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121

Huntington National Bank
PO Box 89424
Cleveland, OH 44101

PRA Receivables Management, LLC
POB 41067
NORFOLK, VA 23541

GMAC Mortgage
PO Box 4622
Waterloo, IA 50704-4622

GMAC Mortgage
PO Box 9001719
Louisville, KY 40290-1719

Summit County Fiscal Office
Ohio Building
Treasurer Division
175 S. Main St., 3rd Floor
Akron, OH 44308

Scott Gabric
633 Valmont Dr.
Deerfield, OH 44411